IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTONE LEON TAYLOR                                                                                          PLAINTIFF

vs.                                            Civil No. 1:13-CV-1003

SHERIFF MIKE MCGOUGH;
LT. JAMES GREER; WHITNEY FOSTER;
and JAILER COMBS                                                                                          DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed August 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 34. Judge Bryant recommends that Plaintiff's Motion to Dismiss be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto.* Plaintiff's Motion to Dismiss (ECF No. 29) is **GRANTED**, and all claims against Jailer Combs are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 27th day of August, 2014.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge