IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTONE LEON TAYLOR                                                                PLAINTIFF

v.                                        Civil No. 1:13-CV-1003

SHERIFF MIKE MCGOUGH,
LT. JAMES GREER; and WHITNEY FOSTER                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 8, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 50. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 40) be granted. Judge Bryant further recommends that all claims against Whitney Foster be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment is **GRANTED**. The claims against Sheriff Mike McGough and Lt. James Greer are **DISMISSED WITH PREJUDICE**. All claims against Whitney Foster are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**, this 14th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge